FRENCHE, Appellant, v. INTERNATIONAL PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. Sep-

tember 28, 1911.) Action by Joseph Frenche against the International Paper Company.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG and BETTS, JJ., dissent.